UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-2-2020

------------------------------------x

Rosa,

    Plaintiff(s),

-against-

The City of New York, et al.,

    Defendant(s).

------------------------------------x

16 CIV. 6928 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

  Counsel shall confer and inform Judge Preska by letter no later than March 6, 2020 of the status of the action/remaining claims/defendants.

SO ORDERED.

*Loretta A. Preska*

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: March 2, 2020

New York, New York